**12 CV 02904**    TO COURT

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

___Jose Diaz_____

_____
_____PLAINTIFF_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

___NYPD Police Officer Cortes Shield_____
___# 13048_____
___NYPD Police Office Matos Shield_____
___# 8444_____
___City of New York Deputy Mayor_____
_____
_____
_____

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**COMPLAINT**
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial: ☑ Yes ☐ No
(check one)

FILED
U.S. DISTRICT COURT
S.D. OF N.Y.
12 APR 12 P 3:59

I. **Parties in this complaint:**

A. List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff    Name ___Jose Diaz_____
             ID # ___349-11-05710_____
             Current Institution ___GRVC 0909 Hazen Street___
             Address ___East Elmhurst, NY_____
             _____11370_____

B. List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1    Name ___NYPD Police Officer Cortes___ Shield # ___13048___
                   Where Currently Employed ___23rd precinct___
                   Address ___162 East 102 Street___
                   _____NY NY 10029_____

Rev. 05/2010                              1

Defendant No. 2    Name _NYPD Police Officer MATOS_ Shield # _8444_
Where Currently Employed _23ro precient_
Address _162 EAST 102 STREET_
_NY NY 10029_

Defendant No. 3    Name _Deputy Mayor_ Shield # ____
Where Currently Employed _One Police Plaza_
Address _NY NY 10007_

Defendant No. 4    Name _NYC Comptroller_ Shield # ____
Where Currently Employed _One Centre Street_
Address _One Centre ST Room 530_
_NY NY 10007_

Defendant No. 5    Name _Corporation Counsel_ Shield # ____
Where Currently Employed _Office of Corp Counsel_
Address _100 Church Street_
_NY NY 10007_

II.    **Statement of Claim:**

State as briefly as possible the <u>facts</u> of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.    In what institution did the events giving rise to your claim(s) occur?

_N/A_

B.    Where in the institution did the events giving rise to your claim(s) occur?

_N/A_

C.    What date and approximate time did the events giving rise to your claim(s) occur?

_4-8-2011_
_Approx 1:20 Am_

*Rev. 05/2010*    2

D.   Facts: _____

| What happened to you? |

See

| Who did what? |

ATTACK

| Was anyone else involved? |

LAW SUIT

| Who else saw what happened? |

## III.   Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. Punched, Beaten with Fist And Feet, Injured Back, Rib, Face, Stomach, Choked unconscious by NYPD And Broke Finger And Loss, Damage and Stole personal property. Treated At Hospital.

## IV.   Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes _____   No ✓

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_____
_____

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes ____ No ____ Do Not Know ____

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ____ No ____ Do Not Know ____

If YES, which claim(s)? _____

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes ____ No ____

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ____ No ____

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance?

_____

1. Which claim(s) in this complaint did you grieve? _____
_____

2. What was the result, if any? _____
_____

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. _____
_____
_____
_____
_____

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here: _____
_____
_____
_____
_____

2. If you did not file a grievance but informed any officials of your claim, state who you informed,

when and how, and their response, if any:_____

_____

_____

_____

_____

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. _____

_____ Incident occurred during my arrest at my apartment and incident was reported to CCRB and NYC Comptroller _____

_____

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V. **Relief:**

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). _____

_____

_____ See Attach Suit. _____

_____

_____

_____

_____

_____

VI. **Previous lawsuits:**

| On these claims | A. | Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?<br><br>Yes _____ No ✓ |

B.  If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1.  Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

2.  Court (if federal court, name the district; if state court, name the county) _____
_____

3.  Docket or Index number _____

4.  Name of Judge assigned to your case _____

5.  Approximate date of filing lawsuit _____

6.  Is the case still pending? Yes \_\_\_\_ No \_\_\_\_

    If NO, give the approximate date of disposition _____

7.  What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____
_____
_____

| On other claims | C. | Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment? Yes \_\_\_\_ No \_\_\_\_ |

D.  If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1.  Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

2.  Court (if federal court, name the district; if state court, name the county) _____
_____

3.  Docket or Index number _____

4.  Name of Judge assigned to your case _____

5.  Approximate date of filing lawsuit _____

6.  Is the case still pending? Yes \_\_\_\_ No \_\_\_\_

    If NO, give the approximate date of disposition _____

7.  What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____
_____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 6TH day of April, 2012

Signature of Plaintiff X /s/ Joe Diaz

Inmate Number _____

Institution Address  GRVC 0909 Hazen ST
East Elmhurst, NY
11370

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this 6TH day of April, 2012 I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: X /s/ Joe Diaz

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE DIAZ
                    PLAINTIFF
    -AGAINST-                              CASE NO. _____
NYPD OFFICERS CORTES SHEILD#13048,
OFFICER MATOS SHEILD#8444,
CITY OF NEW YORK
                    DEFENDANTS

## PRELIMINARY STATEMENT

PLAINTIFF, PROSE JOSE DIAZ HEREBY SUES NYPD AND THE CITY OF NEW YORK FOR EXCESSIVE FORCE AND FOR DAMAGE AND LOSS OF HIS PERSONAL PROPERTY AND FOR ILLEGALLY SEARCH AND SEIZURE DURING HIS ARREST. HE SEEKS COMPENSTATION FOR HIS LOSS.

## JURISDICTION

JURISDICTION IS INVOKED IN MANHATTAN NY BECAUSE BOTH PLAINTIFF AND THE DEFENDANTS RESIDE & THEIR EMPLOYMENT RESIDES AT THE 23RD PRECIENCT IN MANHATTAN N.Y. WHERE INCIDENT TOOK PLACE THUS JURISDICTION IS PROPER.

## PARTIES

PLAINTIFF JOSE DIAZ IS A US CITIZEN AND CURRENTLY LIVES AT GRVC RIKERS LOCATED AT 0909 HAZEN STREET EAST ELMHURST, NY 11370. HE SUES DEFENDANTS IN THEIR INDIVIDUAL AND OFFICIAL CAPACITY.

DEFENDANTS NYPD PO CORTES SHEILD#13048 AND NYPD PO MATOS SHEILD#8444 ARE EMPLOYED AT THE 23RD PRECIENCT LOCATED AT 102nd Street IN MANHATTAN NEW YORK 100 29. AND DEFENDANT CITY OF NEW YORK MAYOR DEPUTY IS LOCATED AT 1 POLICE PLAZA NY NY 10007. ALL DEFENDANTS ARE BEING SUED INDIVIDUALLY AND OFFICIALLY CAPACITY WISE AND TRIAL BY JURY IS REQUESTED.

## FACTS OF CASE

ON 4-8-2011 APPROX 1:20AM AT 55 EAST 102ND STREET APT 3A PLAINTIFF'S APARTMENT DOOR WAS "KNOCKED" OFF THE HINCHES AND HE WAS BEATEN WITH FIST AND KICKED IN BACK, RIBS, FACE, STOMACH, Broke Finger AND CHOKED UNCONSCITIOUS BY NYPD OFFICERS CORTES AND MATOS WITHOUT PROVOCATION. PLAINTIFF AT NO TIME RESISTED. PLAINTIFF ALLEGED THAT POLICE TORE UP HIS APARTMENT DAMAGING EVERTHING IN THE APARTMENT. PLAINTIFF CLAIM DEFENDANTS DID NOT HAVE A VALID WARRANT AND ILLEGALLY SEARCHED AND SEIZED ALLEGED DRUGS, 60 THOUSAND DOLLARS HE COULD ACCOUNT FOR WHICH WAS LEGITAMENT FUNDS, THAT HIS JEWELRY, CLOTHING, RARE COINS

AND MANY OTHER ITEMS LISTED ON HIS "ITEMIZED LIST" WERE EITHER LOST, DAMAGED OR STOLEN ILLEGALLY BY THE DEFENDANTS. EVEN ITEMS BELONGING TO FAMILY. PLAINTIFF SUFFERRED SEVERAL INJURIES AND WAS TREATED AT THE HOSPITAL NAMED METROPOLITAN AND LATER ARRESTED FOR CPCS 3RD. (SEE ITEMIZED LIST)

ALTHOUGH DEFENDANTS HAD CARE CUSTODY AND CONTROL OF PLAINTIFF PROPERTY THEY DESTROYED EVERYTHING AND VIOLATED NOT ONLY SEARCH AND SIEZURE LAWS, BUT ALSO FAILED TO FOLLOW NYPD POLICY WHICH STATES DURING SEARCH ALL CITIZEN ITEMS OR PREMISES SEARCHED SHOULD BE LEFT AS IT WAS FOUND.

BASED ON THIS DEFENDANTS ARE LIABLE UNDER THE LAW!

## CAUSE OF ACTION

DEFENDANT ARE LIABLE AND VIOLATED PLAINTIFF RIGHTS BY UNNECESARY USE OF FORCE, ILLEGAL SEARCH OF SIEZURE, AND FOR THE LOSS, DAMAGE, AND DESTRUCTION OF PLAINTIFF PERSONAL PROPERTY AS DESCRIBED IN THE COMPLAINT,

THIS VIOLATED PLAINTIFF'S 4TH, 8TH, AND 14TH AMENDMENT CONSTITUTIONAL RIGHTS UNDER THE US CONSTITUTION AND THEREFORE ARE LIABLE FOR COMPENSATION.

## RELIEF:

BASED ON THE FOREGOING PLAINTIFF REQUEST THE FOLLOWING RELIEF:

1. THAT DEFEND BE HELD LIABLE BY DECLARATORY JUDGEMENT ORDER:
2. THAT DEFENDANT PAY PUNITIVE, AND COMPENSATORY DAMAGES IN THE AMOUNT OF 1 MILLION DOLLARS FOR PAIN AND SUFFERING AND MENTAL ANGUISH,
3. AND FOR THE LOSS OF ALL PERSONAL PROPERTY DEFENDANT COMPENSATE HIM IN THE AMOUNT OF 1 MILLION DOLLARS.

WHEREFORE; PLAINTIFF PRAYS HE IS GRANTED SAID RELIEF AND SUCH FURTHER RELIEF AS THE COURT DEEMS JUST AND PROPER.

RESPECTFULLY SUBMITTED,

JOSE DIAZ #349-11-05710 PROSE
GRVC RIKERS 0909 HAZEN ST
EAST ELMHURST, NY 11370

JOE DIAZ
JOE DIAZ

## ITEMIZED LIST OF ALL ITEMS LOSS/AND OR DAMAGED

CLOTHING:
10 POLO SHIRTS
10 SEAN JOHN SHIRTS
10 AKADEMIK SHIRTS
DESIGNER DRESS SHIRTS (15)
(15) HOODIE SWEAT SHIRTS
40 PR OF UNDERWEAR TOP & BOTTOM
15 FITTED HATS , WINTER CAPS (10)
5 BATH ROBES, 5 PAIR OF FLANNEL PAJAMAS
15 LEATHER JACKETS
10 DOWNFILLED COATS
40 PR OF DRESS SHOES & BOOTS, AND SNEAKERS (20pr)
JEWELRY: 15 GOLD CHAINS AND DIAMOND BRACELETS AND 10 DIAMOND RINGS
RARE COIN COLLECTION
6 KODAK CAMERAS   (DIGITAL) 1 CAMCORDER
LIVING ROOM PERSIAN RUG
FURNITURE:
SECTIONAL, LOVE SEAT, AND RECLINER CHAIR, LAMPS,  ATTOMOM
THREE ROOM CLOCKS
FOUR COMPUTERS, 4 PRINTERS, TWO FAX MACHINES, SWIVEL CHAIR & COMPUTER DESK
4 PAINTINGS
TWO SCUPTURES
30, 000 RECORDS
1000 CDS
3 FLAT SCREEN TVS (30', 40', 60')
4 DVD PLAYERS
1000 DVD CDS
3 ANTIQUE VASE
STOVE
REFRIGERATER, WASHER, DRYER
4 FILE CABINETS
4 BOOK CASES
60,000 (SIXTY THOUSAND DOLLARS CASH) (FROM INHERITANCE)
STEREO , CD PLAYER, AND SURROUND SOUND SPEAKERS
5 CELL PHONES
5 DEBIT CARDS
FAMILY PHOTOS
RELIGIOUS MATERIAL
BOOKS, MAGAZINES, ENCICLOPEDIAS, TABLE GAMES, 8 XBOX, AND 5 JOHN MADDEN FOOT BALL GAMES,
3 BEDROOM SETS
POTS AND PAN, MICROWAVES (2), CROCK POT, NINGA MIXER, TOASTER, COFFEE MAKER KNIFE SET , COOK WARE, BAKE WARE
_____
TOTAL: 100.000.000

x _Joe Diaz_

```
04/02/12                          07:44

THE CITY OF NEW YORK
DEPARTMENT OF CORRECTION

GRVC

DIAZ,JOSE
ID#3491105710

PHONE CALLS SINCE 03/28/12 06:20

TIME                TELEPHONE #      MI  AMOUNT
03/28/12 11:47      (646)544-8100     1    0.62
03/29/12 17:36      (646)544-8100     1    0.62
                                         --------
                                           1.24

EASTER SUNDAY IS APRIL 8TH
```

♥

```
04/02/12 07:42                  The City of New York                    Page :     1
GRVC                         Department of Correction
                              Inmate's Transaction List


BAC  Number       :3491105710              DIAZ,JOSE
Property Bag(s)   :


Date      Description              Notes                    Reference    Amount    Balance
--------  ----------------------   ----------------------   ----------   -------   -------
02/01/12  TELEPHONE                SUMM. IN 1258124379      1258132746     -.62     31.86
02/03/12  TELEPHONE                SUMM. IN 1258220133      1258228471     -.62     31.24
02/06/12  HAIRCUT/HAIRSTYLE                                 1258378419    -2.00     29.24
02/06/12  COMMISSARY                                        1258378510    -2.04     27.20
02/07/12  TELEPHONE                SUMM. IN 1258410731      1258418041     -.62     26.58
02/09/12  TELEPHONE                SUMM. IN 1258487722      1258494341     -.62     25.96
02/13/12  HAIRCUT/HAIRSTYLE                                 1258684623    -2.00     23.96
02/13/12  COMMISSARY                                        1258684624    -6.73     17.23
02/13/12  TELEPHONE                SUMM. IN 1258678058      1258699983     -.74     16.49
02/17/12  TELEPHONE                SUMM. IN 1258842924      1258869129     -.74     15.75
02/19/12  TELEPHONE                SUMM. IN 1258935367      1258962704     -.74     15.01
02/20/12  HAIRCUT/HAIRSTYLE                                 1258999209    -2.00     13.01
02/20/12  COMMISSARY                                        1258998342    -5.93      7.08
02/21/12  TELEPHONE                SUMM. IN 1259028086      1259046219     -.74      6.34
02/23/12  TELEPHONE                SUMM. IN 1259107441      1259112274     -.74      5.60
02/23/12  VISIT DEPOSIT                                     1259117020    50.00     55.60
02/24/12  TELEPHONE                SUMM. IN 1259158912      1259194071     -.74     54.86
02/25/12  TELEPHONE                SUMM. IN 1259210141      1259226747     -.62     54.24
02/26/12  TELEPHONE                SUMM. IN 1259252021      1259269563     -.62     53.62
02/27/12  HAIRCUT/HAIRSTYLE                                 1259315161    -2.00     51.62
02/27/12  COMMISSARY                                        1259316625     -.99     50.63
02/28/12  TELEPHONE                SUMM. IN 1259349100      1259358887     -.74     49.89
03/03/12  TELEPHONE                SUMM. IN 1259534132      1259540553     -.74     49.15
03/05/12  HAIRCUT/HAIRSTYLE                                 1259636689    -2.00     47.15
03/05/12  COMMISSARY                                        1259637381     -.99     46.16
03/06/12  TELEPHONE                SUMM. IN 1259670952      1259679439     -.74     45.42
03/08/12  TELEPHONE                SUMM. IN 1259758510      1259769182     -.74     44.68
03/12/12  COMMISSARY                                        1259937088    -5.60     39.08
03/12/12  HAIRCUT/HAIRSTYLE                                 1259938447    -2.00     37.08
03/12/12  TELEPHONE                SUMM. IN 1259937239      1259940630     -.62     36.46
03/13/12  TELEPHONE                SUMM. IN 1259977534      1259986666     -.74     35.72
03/15/12  TELEPHONE                SUMM. IN 1260062807      1260097526     -.62     35.10
03/16/12  TELEPHONE                SUMM. IN 1260114065      1260123816     -.74     34.36
03/18/12  TELEPHONE                SUMM. IN 1260199251      1260233391     -.62     33.74
03/19/12  COMMISSARY                                        1260249875    -3.56     30.18
03/19/12  TELEPHONE                SUMM. IN 1260249012      1260257280     -.74     29.44
03/20/12  TELEPHONE                SUMM. IN 1260295036      1260298627     -.74     28.70
03/22/12  TELEPHONE                SUMM. IN 1260374249      1260379973     -.62     28.08
03/23/12  TELEPHONE                SUMM. IN 1260421785      1260430508     -.74     27.34
03/23/12  VISIT DEPOSIT                                     1260430622    30.00     57.34
03/26/12  TELEPHONE                SUMM. IN 1260558716      1260566729     -.74     56.60
```

```
04/02/12 07:42                The City of New York                 Page :     2
GRVC                       Department of Correction
                           Inmate's Transaction List

BAC Number        :3491105710              DIAZ,JOSE
Property Bag(s)   :

Date      Description          Notes                    Reference    Amount     Balance
--------  -------------------  ---------------------    ----------   --------   --------
03/27/12  TELEPHONE            SUMM. IN 1260596997      1260611033      -.62      55.98
03/28/12  HAIRCUT/HAIRSTYLE                             1260640528     -2.00      53.98
03/28/12  COMMISSARY                                    1260640430    -10.10      43.88
03/28/12  TELEPHONE            SUMM. IN 1260639866      1260650519      -.62      43.26
03/29/12  TELEPHONE            SUMM. IN 1260681714      1260705956      -.62      42.64

                                            Account Balance          42.64
                                         Held Check Balance
                                              Total Balance          42.64
                                   Unpaid Restitution Balance
```